UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

    v.

ROBERT JACKSON, et al.,

                Defendants.

CASE NO. 3:25-CV-6065-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: December 22, 2025

Plaintiff John Demos, Jr., a state prisoner, has filed an application to proceed *in forma pauperis* ("IFP") and proposed civil rights complaint. Dkts. 1, 1-1. The Court has reviewed the proposed complaint and finds this case should be dismissed without prejudice, the application to proceed IFP should be denied, and this case should be closed.

Plaintiff was convicted in 1978 of attempted rape and first-degree burglary and received an indeterminate sentence of 240 months to life in prison. *See State v. Demos*, 94 Wash. 2d 733, 734 (1980). Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme

1  Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993) (per curiam). Bar orders of this

2  Court provide that Plaintiff may submit only three IFP applications and proposed actions each

3  year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ["1992 Bar

4  Order"]; *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15,

5  1982). The 1992 Bar Order further provides that this Court will not accept for filing a proposed

6  complaint unless it "is accompanied by an affidavit that the claims have not been presented in

7  any other action in any court and that [Plaintiff] can and will produce evidence to support his

8  claims." 1992 Bar Order at 3. Additionally, under 28 U.S.C. § 1915(g), Plaintiff must

9  demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had

10  numerous prior actions dismissed as frivolous, malicious, or for failure to state claim. *See Demos*

11  *v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

12      Plaintiff may not proceed with this action. First, Plaintiff has already submitted three IFP

13  applications and proposed actions this year. *See Demos v. Trump*, 3:25-cv-5249-BHS (W.D.

14  Wash. 2025); *Demos v. Ewing*, 2:25-cv- 413-MJP (W.D. Wash. 2025); *Demos v. Ferguson*,

15  3:25-cv-05266-TL (W.D. Wash. 2025). This alone precludes plaintiff from proceeding with this

16  action.

17      In addition, Plaintiff has also failed to allege imminent harm or state a claim upon which

18  relief can be granted. In the proposed complaint, Plaintiff alleges the named defendants,

19  employees of the Washington State Department of Corrections, have obstructed his access to

20  telephones and phonebooks, denied his access to legal mail and the courts, and are engaging in

21  mind experimentation. Dkt. 1-1. Plaintiff's proposed complaint does not contain "a plausible

22  allegation that [he] faced imminent danger of serious physical injury at the time of filing."

23

24

REPORT AND RECOMMENDATION - 2

*Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). Further, the allegations in his proposed complaint are conclusory and appear to be frivolous.

Accordingly, the undersigned recommends Plaintiff's proposed complaint (Dkt. 1-1) be dismissed without prejudice, the IFP application be denied (Dkt. 1), and this case be closed.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 22, 2025**.

Dated this 5th day of December, 2025.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3